# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SMITH, | NO. CV 11-3545 RGK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.S. EMERSON, D.D.P. Teacher, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 5, 2011.

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE